Per Curiam.

(No. 6889—Claimant )

International Salt Company, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed February 28, 1974.*

International Salt Company, Claimant, pro se.

William J. Scott, Attorney General; Douglas G. Olson, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6890—Claimant )

International Salt Company, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed February 28, 1974.*

International Salt Company, *Claimant, pro se.*

William J. Scott, Attorney General; Douglas G. Olson, Assistant Attorney General, for Respondent.

Per Curiam.